UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

YATES INDUSTRIES SOUTH,   Case No. 25-10339

    Plaintiff,   F. Kay Behm
v.   United States District Judge

EDISON CHOUEST OFFSHORE, INC, *et al.*,

    Defendants.
_____/

## **JUDGMENT**

In accordance with the Opinion and Order issued on September 25, 2025, the case is **DISMISSED**.

    **SO ORDERED**.

Date: September 25, 2025      s/F. Kay Behm
    F. Kay Behm
    United States District Judge

1